ANDRÉ BIROTTE, JR.
United States Attorney
WILLIAM C. PEACHEY
Assistant Director
Office of Immigration Litigation
YAMILETH DAVILA
Trial Attorney
MATTHEW SPURLOCK
Trial Attorney
ANDREW B. INSENGA
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice - Civil Division
    P.O. Box 878
    Ben Franklin Station
    Washington, DC 20044
    Phone: (202) 305-7816
    Fax:  (202) 616-4950
    andrew.insenga@usdoj.gov
Attorneys for DEFENDANT
Eric H. Holder, Jr., U.S. Attorney General

JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MANUEL MUNOZ-PERALES, <br>     Plaintiff, <br><br> vs. <br><br> ERIC H. HOLDER, JR., <br> U.S. Attorney General, <br>     Defendant | Case No.: CV 12-03358-R (PJWx) <br><br> JUDGEMENT <br><br> Hearing on Summary Judgment: <br> April 15, 2013 <br><br> Honorable Judge Manuel L. Real |

The Honorable Manuel L. Real, United States District Judge, having read and considered the Motion for Summary Judgment of Defendant Eric H. Holder, United States Attorney General, including the Memorandum of Points and Authorities and Statement of Uncontroverted Facts and Conclusions of Law in accordance with Central District Local Rule 56-1, and the evidence in support thereof, along with the responses of Plaintiff Victor Manuel Munoz-Perales and Defendant's reply, hereby rules as follows:

The Motion for Summary Judgment of Defendant Eric H. Holder, U.S. Attorney General, is GRANTED in its entirety.  Good cause is established by the legal and factual showing made in support of Defendant's Summary Judgment Motion.  Plaintiff has not produced more than a scintilla of evidence to show he derived United States citizen through his father:  the evidence does not support the conclusion Plaintiff's father resided in the United States for five years between 1929 and 1950, as required to derive citizenship under the Nationality Act of 1940; the evidence instead shows Plaintiff's father resided in Mexico during the relevant period.  Accordingly, the Motion for Summary Judgment is GRANTED.  IT IS SO ORDERED AND ADJUDGED.

DATED: June 14, 2013

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

[PROPOSED] JUDGMENT - 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20